65,469-11

TO: CRIMINAL COURT OF APPEALS                              2/9/2015
PO BOX 12308 CAPITAL STATION
AUSTIN, TEXAS 78711


RE: EVENT CODES ON DOCKET SHEET


        DEAR CLERK,
    HELLO, I AM WRITING TO ASK IF YOU CAN HELP ME DECODE THE CODES ON THE
EVENT COL. OF THE DOCKET SHEET THAT YOU SENT ME 1/8/2015.
    I DO NOT UNDERSTAND THE CODE THAT ARE USED SO CANNOT TELL WHAT IS
REALY HAPPENING IN THAT EVENT, WHILE MOST ARE EASY TO UNDERSTAND SOME ARE NOT.

        I DEEPLY APPRICIATE ANY AND ALL ASSISTAMCE THAT YOU CAN RENDER.
        THANK YOU KINDLY FOR YOUR TIME AND PATIENCE.
                        SICERLY,

                    PAIGE LOUIS BENNER 1278531
                       2101 FM 369 NTH ALLRED
                         IOWA PARK, TEXAS
                           76367-6568

RECEIVED IN
COURT OF CRIMINAL APPEALS
FEB 17 2015
Abel Acosta, Clerk


cc personal file